UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HSBC BANK U.S.A., N.A., as Trustee on
behalf of Ace Securities Corp., Home Equity
Loan Trust and for the Registered Holders of
Ace Securities Corp. Home Equity Loan Trust,
Series 2007-WM2, Asset Backed Pass-Through
Certificates,
                Plaintiff,

v.

JAMELAH J. ARNOLD, MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., and JOHN DOE #1 THROUGH JANE
DOE #12, the last twelve names being fictitious
and unknown to plaintiff, the persons or parties
intended being the tenants, occupants, persons
or corporations, if any having or claiming an
interest in or lien upon the Subject Property
described in the Complaint,
                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 6234 (VB)

       The Court conducted an on-the-record conference today at which plaintiff's counsel and defendant Jamelah J. Arnold, pro se, appeared in person. The Court was advised about the possible settlement of this matter in state court, Supreme Court, Rockland County.

       Accordingly, it is HEREBY ORDERED:

       1.    The matter is adjourned to February 5, 2020, at 11:30 a.m. In the event the parties resolve their dispute, the conference will be cancelled. The parties shall advise the Court in writing if a settlement is reached.

       The Clerk is instructed to mail a copy of this Order to defendant Arnold at the address on the docket.

Dated: December 19, 2019
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge